In the Matter of NATHANIEL SEAMAN, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, December 10, 1943.

*Einar Chrystie* for petitioner.

No appearance for respondent.

*Per Curiam.* On October 19, 1943, the respondent was duly convicted in the Court of General Sessions of the County of New York of the crimes of attempted grand larceny in the first degree, of offering a false and forged instrument to be filed and of perjury in the first degree. Said crimes are felonies. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, therefore, he must be disbarred.

TOWNLEY, GLENNON, UNTERMYER, DORE and CALLAHAN, JJ., concur.